# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

FILED

U.S.A. vs. NOEL ESCALERA

2005 JUL -7 A 11: 24

Docket No. 3:02CR00082(EBB)

## PETITION ON PROBATION AND SUPERVISED RELEASE

**COMES NOW** Mark D. Myers, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Noel Escalera, who was sentenced to 3 years probation for a violation of 18 U.S.C. 1028 (a)(7) by the Honorable Ellen Bree Burns, Senior United States District Judge, sitting in the court at New Haven on September 24, 2003, and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows: 1) The defendant shall participate in a substance abuse treatment program, either inpatient or outpatient, as directed by the probation officer, which may include testing to determine if he has used drugs or alcohol. The defendant shall pay all or a portion of the costs associated with treatment based on the defendant's ability to pay as determined by the probation officer; 2) The defendant shall participate in a program approved by the Probation Office for mental health treatment. The defendant shall pay all, or a portion of the costs associated with treatment, based on the defendant's ability to pay as determined by the probation officer; and 3) The defendant shall pay restitution in the amount of $12,001. The offender's supervision was transferred to the Eastern District of New York.

## RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

The defendant is being cited for violating the following conditions of probation:

<u>Charge #1, Standard Condition: The defendant shall not commit another federal, state or local offense.</u> On March 10, 2005, the offender was arrested by the Bronx, New York, police department and charged with Criminal Sale of a Controlled Substance: Narcotic Drug, in violation of New York State Penal Law 0220.39, a Class B Felony, in that the offender possessed a controlled substance with intent to sell. On April 26, 2005, the offender pled guilty to the charge of Disorderly Conduct in Bronx Criminal Court and was sentenced to Time Served.

<u>Charge #2, Standard Condition: The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer.</u> The defendant failed to notify the Probation Office of his arrest on March 10, 2005, or within seventy-two hours thereafter.

<u>Charge # 3, Special Condition: The defendant shall participate in a substance abuse treatment program, either inpatient or outpatient, as directed by the probation officer, which may include testing to determine if he has used drugs or alcohol. The defendant shall pay all or a portion of the costs associated with treatment based on the defendant's ability to pay as determined by the probation officer.</u> The offender failed to participate in drug treatment as directed by the Probation Office in that he failed to appear for his scheduled counseling sessions at Daytop Village on thirteen occasions between October 7, 2004 and March 10, 2005. He has not participated in treatment since March 10, 2005.

<u>Charge # 4, Special Condition: The defendant shall participate in a program approved by the Probation Office for mental health treatment. The defendant shall pay all, or a portion of the costs associated with treatment, based on the defendant's ability to pay as determined by the probation officer.</u> The offender failed to participate in mental health treatment as directed by the probation officer on fifteen occasions between September 9, 2004 and April 27, 2005.

<u>Charge #5, Standard Condition: You shall refrain from any unlawful use of a controlled substance.</u> The offender tested positive for Cocaine on four occasions between November 13, 2003 and June 1, 2005.

**PRAYING THAT THE COURT WILL ORDER** that this petition will serve as a summons directing Noel Escalera to appear before this court at New Haven, Connecticut on August 5, 2005 at 10 a.m., to show cause why probation should not be revoked.

**ORDER OF COURT**

Considered and ordered this 7th day of July, 2005 and ordered filed and made a part of the records in the above case.

_____
The Honorable Ellen Bree Burns, Senior United States District Judge

Sworn to By

_Mark D. Myers_

Mark D. Myers, United States Probation Officer

Place _New Haven, CT_

Date _July 7, 2005_

Before me, the Honorable Ellen Bree Burns, Senior United States District Judge, on this 7th day of July, 2005 at New Haven, Connecticut, U.S. Probation Officer Mark D. Myers appeared and under oath stated that the facts set forth in this petition are true to the best of his knowledge and belief.

The Honorable Ellen Bree Burns
Senior United States District Judge