UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2005 DEC 15 A 11: 23

UNITED STATES OF AMERICA

vs.

Criminal No. 3:02CR00082(EBB)

NOEL ESCALERA

### ORDER MODIFYING CONDITIONS OF PROBATION

On September 24, 2003, this Court sentenced the defendant on a violation of Title 18, U.S.C. Section 1028(a)(7), Identity Fraud, to 3 years probation. The following special conditions were ordered: 1) The defendant shall participate in a substance abuse treatment program, either inpatient or outpatient, as directed by the probation officer, which may include testing to determine if he has used drugs or alcohol. The defendant shall pay all or a portion of the costs associated with treatment based on the defendant's ability to pay as determined by the probation officer; 2) The defendant shall participate in a program approved by the Probation Office for mental health treatment. The defendant shall pay all or a portion of the costs associated with treatment based on the defendant's ability to pay as determined by the probation officer; and 3) The defendant shall pay restitution in the amount of $12,001 to be paid in monthly installments. The defendant has been supervised by the Southern District of New York.

On July 7, 2005, this Court issued a summons to show cause why the probation term should not be revoked based on allegations by the probation officer that the defendant had violated the conditions of probation, set forth in a petition on probation and supervised release dated July 6, 2005.

On October 7, 2005, the defendant appeared with counsel for a hearing to determine if the probation term should be revoked. The Court made no finding with respect to whether the defendant had engaged in conduct in violation of the conditions of his probation.

ACCORDINGLY, IT IS ORDERED, that the defendant is continued on probation with the following modification to the special conditions: The defendant shall satisfactorily participate in substance abuse treatment and mental health treatment at the Promesa Systems, Inc. program in Bronx, New York. The probation office shall obtain monthly progress reports from the program to ensure his compliance with treatment. All previously imposed conditions shall remain in effect.

Signed on this 15 day of December 2005, at New Haven, Connecticut.

The Honorable Ellen Bree Burns
Senior United States District Judge